UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL MICHAEL WEEKS                                                                          PLAINTIFF
ADC #156938

V.                                    No. 4:22-CV-00595-JM-JTR

STEWART, Correctional Sergeant,
Ouachita River Unit, ADC, *et al*.                                                       DEFENDANTS

## TRANSFER ORDER

Plaintiff Paul Michael Weeks ("Weeks") is a prisoner in the Ouachita River Unit ("ORU") of the Arkansas Division of Correction ("ADC") in Malvern, Arkansas. He has filed a *pro se* § 1983 Complaint alleging inadequate medical care, inhumane conditions of confinement, and failure to protect claims against Defendants. *Doc. 1*.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). According to Weeks's Complaint, the events giving rise to this lawsuit all occurred at the ORU, which is located in the Western District of Arkansas. Likewise, the Defendants directly involved with the alleged constitutional violations work at the ORU, and thus, presumably reside in the Western District of

Arkansas.[1]

Accordingly, the interest of justice will best be served by transferring this case to the United States District Court for the Western Division of Arkansas. 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

DATED this 30th day of June, 2022.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE

---

[1] Weeks's Complaint named 35 Defendants, 32 of whom work at the ORU. *Doc. 1*. The other three Defendants—ADC Director Dexter Payne, Deputy Director Dale Reed, and an unidentified Director of Medical and Health Services—work in the ADC central office in Pine Bluff, Arkansas. *Id.* However, Weeks has not alleged that these three Defendants were directly involved with the alleged unconstitutional conduct.