IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL MICHAEL WEEKS                                                                                          PLAINTIFF

v.                                            Case No. 6:22-cv-6074

DEXTERN PAYNE, *et al*.                                                                                DEFENDANTS

### ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Bryant finds that Plaintiff has failed to prosecute this matter and has failed to obey orders of the Court. Therefore, Judge Bryant recommends that Plaintiff's Second Amended Complaint (ECF No. 23) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Plaintiff's Second Amended Complaint (ECF No. 23) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge